UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Pierre Ramsey,  File No. 23-cv-1854 (ECT/DTS)

    Plaintiff,

v.  **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Jesse Pugh, Warden at Rush City,

    Defendant.

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on July 21, 2023.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and
2. The Complaint [ECF No. 1] is **DISMISSED** for failure to prosecute;
3. The case is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 21, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court